Timothy W. Kearns
221 Ray Way
Weirton, W.VA.
723-0366

Aug 29, 2006      5:06-CV-105

FILED
AUG 31 2006
U.S. DISTRICT COURT
WHEELING, WV 26003

① To be treated by my physician, ~~Dr. Reqml~~
~~T H~~

I must agree to sign a drug contract from Drug Enforcement Agency to recieve my medications

② I have been harassed, treatment witheld from me that if not immediately addressed could result in seizure or death to me. Because I am Muslim and my doctors are from India where there exists great hatreds between the Muslim and Hindu, and Christian

③ If my medications not renewed seizure death of want ongoing treatment resumed immediately. Until issue resolved or new doctor found, help in this. $250,000 each defendant if I have seizure or death. Punishment for hate crime