AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __WEST VIRGINIA__

TIMOTHY W. KEARNS
Plaintiff,

V.

DR. RAMESH TIMMIAH, Et al,
Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:   5:06-CV-105

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**

IT IS ORDERED AND ADJUDGED

Pursuant to the Memorandum Opinion and Order filed this date, Affirming and Adopting Magistrate Judge Seibert's Report and Recommendation for Disposition, Plaintiff's complaint against Dr. Ramesh Timmiah, Dr. Cherian John, and Dr. Guneet Purewal is DISMISSED WITH PREJUDICE. And it is further

ORDERED that this civil action is dismissed and stricken from the active docket of this Court.

August 2, 2007
Date

WALLY EDGELL, PhD
Clerk

/s/ Sue O. Abraham
(By) Deputy Clerk